**B1 (Official Form 1)(4/10)**

| United States Bankruptcy Court<br>Northern District of Texas | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**North Texas Rock and Sand, Ltd.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**30-0600180** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**8908 Ambassador Row**<br>**Dallas, TX**<br>ZIP Code **75247** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Dallas** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ■ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**THIS SPACE IS FOR COURT USE ONLY**

### Statistical/Administrative Information

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **North Texas Rock and Sand, Ltd.** |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) |||
| --- | --- | --- |
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) |||
| --- | --- | --- |
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
| --- | --- |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)         (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **North Texas Rock and Sand, Ltd.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Richard G. Dafoe**
Signature of Attorney for Debtor(s)

**Richard G. Dafoe 05309500**
Printed Name of Attorney for Debtor(s)

**Vincent, Lopez, Serafino & Jenevein, P.C.**
Firm Name

**1601 Elm Street, Suite 4100**
**Dallas, TX 75201**

Address

Email: rdafoe@vilolaw.com
**(214) 979-7400  Fax: (214) 979-7402**
Telephone Number

**February 24, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Richard K. Leigh**
Signature of Authorized Individual

**Richard K. Leigh**
Printed Name of Authorized Individual

**Member**
Title of Authorized Individual

**February 24, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Texas

In re  **North Texas Rock and Sand, Ltd.**          Case No. _____
                           Debtor(s)                 Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| 7Development & Construction<br>8908 Ambassador Row<br>Dallas, TX 75247 | 7Development & Construction<br>8908 Ambassador Row<br>Dallas, TX 75247 | | | 417,000.00 |
| Benjamin Lozano<br>9809 Jo Pierce Street<br>Dallas, TX 75217 | Benjamin Lozano<br>9809 Jo Pierce Street<br>Dallas, TX 75217 | | | 7,029.24 |
| Bituminous Insurance Companies<br>2222 W. Las Colinas Blvd., Ste. 1720<br>Irving, TX 75016 | Bituminous Insurance Companies<br>2222 W. Las Colinas Blvd., Ste. 1720<br>Irving, TX 75016 | | | 5,855.00 |
| Dallas Sweeping<br>214 Southern Belle Drive<br>Coppell, TX 75019 | Dallas Sweeping<br>214 Southern Belle Drive<br>Coppell, TX 75019 | | Disputed | 320,000.00 |
| Dallas Sweeping<br>214 Southern Bell Drive<br>Coppell, TX 75019 | Dallas Sweeping<br>214 Southern Bell Drive<br>Coppell, TX 75019 | | Disputed | 144,000.00 |
| Eddie Deaton<br>1804 Ruth Street<br>Arlington, TX 76010 | Eddie Deaton<br>1804 Ruth Street<br>Arlington, TX 76010 | | | 7,261.53 |
| Holt Cat<br>PO Box 911975<br>Dallas, TX 75391 | Holt Cat<br>PO Box 911975<br>Dallas, TX 75391 | | | 34,715.17 |
| Internal Revenue Service<br>PO Box 105083<br>Atlanta, GA 30348 | Internal Revenue Service<br>PO Box 105083<br>Atlanta, GA 30348 | | | 58,613.21 |
| JM Boney<br>1901 Cottonwood Valley Circle<br>Irving, TX 75038 | JM Boney<br>1901 Cottonwood Valley Circle<br>Irving, TX 75038 | | Disputed | 241,269.42 |
| Leigh Holdings<br>8908 Ambassador Row<br>Dallas, TX 75247 | Leigh Holdings<br>8908 Ambassador Row<br>Dallas, TX 75247 | | | 150,000.00 |
| Richard Leigh<br>3720 Centenary Lane<br>Dallas, TX 75220 | Richard Leigh<br>3720 Centenary Lane<br>Dallas, TX 75220 | | | 140,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   North Texas Rock and Sand, Ltd.                           Case No. _____
                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Rodney Boney 2807 Roaring Springs Grapevine, TX 76051 | Rodney Boney 2807 Roaring Springs Grapevine, TX 76051 | | | 14,910.04 |
| Thomas Petroleum PO Box 202699 | Thomas Petroleum PO Box 202699 | | | 10,015.83 |
| Tucker Fuel & Oil Co. PO Box 252 Hutchins, TX 75141 | Tucker Fuel & Oil Co. PO Box 252 Hutchins, TX 75141 | | | 9,450.59 |
| Weir Bros, Inc. PO Box 541793 Dallas, TX 75354 | Weir Bros, Inc. PO Box 541793 Dallas, TX 75354 | | | 87,984.93 |
| Wise County Appraisal 400 E. Business 380 Decatur, TX 76234 | Wise County Appraisal 400 E. Business 380 Decatur, TX 76234 | 2010 | | 18,133.85 |
| Wise County Appraisal 400 E. Business 380 Decatur, TX 76234 | Wise County Appraisal 400 E. Business 380 Decatur, TX 76234 | 2011 | | 16,947.52 |
| Wise County Appraisal 400 E. Business 380 Decatur, TX 76234 | Wise County Appraisal 400 E. Business 380 Decatur, TX 76234 | | | 16,000.00 |
| Wise County Tax Office 404 W. Walnut Decatur, TX 76234 | Wise County Tax Office 404 W. Walnut Decatur, TX 76234 | 2010 | | 6,254.96 |
| Wise County Tax Office 404 W. Walnut Decatur, TX 76234 | Wise County Tax Office 404 W. Walnut Decatur, TX 76234 | 2011 | | 5,845.75 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Member of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **February 24, 2011**                Signature  **/s/ Richard K. Leigh**
                                                       **Richard K. Leigh**
                                                       **Member**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

BTXN 094 (rev. 5/04)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
 §
**North Texas Rock and Sand, Ltd.** § Case No.:
 §
 §
Debtor(s) §
 §

## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

■ is the first mail matrix in this case.

☐ adds entities not listed on previously filed mailing list(s).

☐ changes or corrects name(s) and address(es) on previously filed mailing list(s).

☐ deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

Date: **February 24, 2011**  /s/ **Richard K. Leigh**
 **Richard K. Leigh/Member**
 Signer/Title

Date: **February 24, 2011**  /s/ **Richard G. Dafoe**
 Signature of Attorney
 **Richard G. Dafoe 05309500**
 **Vincent, Lopez, Serafino & Jenevein, P.C.**
 **1601 Elm Street, Suite 4100**
 **Dallas, TX 75201**
 **(214) 979-7400  Fax: (214) 979-7402**

 **30-0600180**
 Debtor's Social Security/Tax ID No.

 Joint Debtor's Social Security/Tax ID No.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com       Best Case Bankruptcy

7Development & Construction
8908 Ambassador Row
Dallas, TX 75247


A&W Bearings & Supply Co., Inc.
4935 Sharp Street
Dallas, TX 75247


AAAA+ Fire Protection
20160 Marimac Road
Trinidad, TX 75163


Bank of Desoto
PO Box 7777
DeSoto, TX 75123


Benjamin Lozano
9809 Jo Pierce Street
Dallas, TX 75217


Bituminous Insurance Companies
2222 W. Las Colinas Blvd., Ste. 1720
Irving, TX 75016


Bodoin, Agnew, Green & Maxwell, P.C.
801 Cherry Street, Unit 31
Fort Worth, TX 76102


Bristol Electrical Contractors, Inc.
5200 Bilindsay Road
Seagoville, TX 75159


Broadway Premium Funding
1747-22 Veterans Memorial Hwy
Islandia, NY 11749

Bryant Network Solutions, LLC
17824 Cypress Falls Drive
Dallas, TX 75287


Century Link
PO Box 2961
Phoenix, AZ 85062


Dallas Sweeping
214 Southern Belle Drive
Coppell, TX 75019


Dallas Sweeping
214 Southern Bell Drive
Coppell, TX 75019


Dan Sessom
368 CR 1460
Chico, TX 76431


Eddie Deaton
1804 Ruth Street
Arlington, TX 76010


Fastenal Company
PO Box 1286
Winona, MN 55987


GRN Enterprises, Inc.
PO Box 978
Decatur, TX 76234


Holt Cat
PO Box 911975
Dallas, TX 75391

Holt Lease - Cat
PO Box 911975
Dallas, TX 75391


Internal Revenue Service
PO Box 105083
Atlanta, GA 30348


JH Mine Safety Consultants
766 CR 1330
Mount Pleasant, TX 75455


JM Boney
1901 Cottonwood Valley Circle
Irving, TX 75038


Judy Sessom
368 CR 1460
Chico, TX 76431


Keystone Southwest
PO Box 1747
Rockwall, TX 75087


Landmark Equipment
1351 South Loop 12
Irving, TX 75060


Leigh Holdings
8908 Ambassador Row
Dallas, TX 75247


Mantek
PO Box 660196
Dallas, TX 75266

Mazon Associates, Inc.
PO Box 166858
Irving, TX 75016


Michael W. Reindollar, P.C.
750 N. St. Paul, Suite 605
Dallas, TX 75201


People's United Equipment Finance Corp.
1300 Post Oak Blvd., Suite 1300
Houston, TX 77956


Pioneer Scale
2618 Aero Drive
Irving, TX 75061


Reliant Energy
PO Box 3765
Houston, TX 77253


Republic Services
1450 E. Cleveland Road
Hutchins, TX 75141


Richard Leigh
3720 Centenary Lane
Dallas, TX 75220


Rodney Boney
2807 Roaring Springs
Grapevine, TX 76051


Rone Engineering Services, Ltd.
8908 Ambassador Row
Dallas, TX 75247

Stoneriver - Pharmacy Solutions
PO Box 504591
Saint Louis, MO 63150


Stuart Spradley
635 Vista Ridge Drive, #1014
Lewisville, TX 75067


Texas Workforce Commission
2102 W. Main Street
Grand Prairie, TX 75053


Thomas Petroleum
PO Box 202699


Trinity Casting Service Inc.
2126 Ruder Street
Dallas, TX 75212


Tucker Fuel & Oil Co.
PO Box 252
Hutchins, TX 75141


United Site Services of Texas, Inc.
PO Box 2273
Mansfield, TX 76063


Weir Bros, Inc.
PO Box 541793
Dallas, TX 75354


Wise County Appraisal
400 E. Business 380
Decatur, TX 76234

Wise County District Clerk  
101 N. Trinity St. #102  
Decatur, TX 76234-1498


Wise County Sheriff's Office  
200 Rook Ramsey Drive  
Decatur, TX 76234


Wise County Tax Office  
404 W. Walnut  
Decatur, TX 76234


Wise Electric Cooperatives, Inc.  
1900 N. Trinity  
Decatur, TX 76234

# RESOLUTIONS OF
## NORTH TEXAS ROCK & SAND GP, LLC

The undersigned, being the sole member of **NORTH TEXAS ROCK & SAND GP, LLC**, a Texas limited liability company (the "Company"), does hereby take the following actions by a determination of the General Partner and a Majority in Interest of the Partners of the Partnership (defined below):

**RESOLVED THAT** the Company, as the sole general partner of NORTH TEXAS ROCK & SAND, LTD., a Texas limited partnership (the "Partnership"), is hereby authorized pursuant to that certain Agreement of Limited Partnership of North Texas Rock & Sand, Ltd., dated January, 2010 (the "Partnership Agreement") (i) to execute on behalf of the Company and/or Partnership any and all agreements, documents and instruments in connection with filing Chapter 11 bankruptcy on behalf of the Partnership, and (ii) to take any and all actions necessary in filing Chapter 11 bankruptcy on behalf of the Partnership and in winding up the affairs of the Partnership.

**RESOLVED THAT** Richard K. Leigh, as a Member of RKL 2010 Investments, LLC, a member of the Company, acting alone notwithstanding any language in the Certificate of Formation or regulations of the Company to the contrary, is hereby authorized to execute, in the name of and on behalf of the Company and the Partnership, any and all agreements, documents and instruments in connection with the filing of Chapter 11 bankruptcy on behalf of the Partnership, including, without limitation, any action necessary which such member shall in his sole discretion determine to be appropriate to effect the actions contemplated herein, whether upon the terms and conditions that are contemplated herein or upon such other terms and conditions as such member shall in his sole discretion determine to be appropriate; and the execution and delivery of any agreement, document or instrument by such member constitutes conclusive evidence that the terms and conditions contained in said agreement, document or instrument has been determined to be appropriate by such member on behalf of the Company and the Partnership.

**RESOLVED THAT** any and all other actions heretofore taken by Richard K. Leigh, as a Member of RKL 2010 Investments, LLC, a member of the Company to execute and deliver any of the agreements authorized by the foregoing resolutions on behalf of the Company and/or the Partnership, or to take any of the actions authorized by the foregoing resolutions are hereby approved, ratified and confirmed in all respects.

General Partner:

**NORTH TEXAS ROCK & SAND GP, LLC,**
a Texas limited liability company

By: RKL 2010 INVESTMENTS, LLC
     a Texas limited liability company,
     Member

By: _____
     Richard K. Leigh
     Member